IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ANDREW PLUSH, | * |
| *Plaintiff* | * |
| v. | * |
| | Case No. 1:21-cv-02013-RDB |
| SERVTECH, INC., | * |
| *Defendant* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims in the above-referenced matter against the Defendant are hereby dismissed, with prejudice.

| | |
|---|---|
| */s/ Stephen M. Cornelius* | */s/ Donald M. Temple* (w/ permission) |
| Stephen M. Cornelius (Bar No. 29975) | Donald M. Temple |
| Courtney M. Watkins (Bar No. 21151) | TEMPLE LAW OFFICES |
| ECCLESTON & WOLF, P.C. | 1310 L St., NW, Suite 750 |
| Baltimore-Washington Law Center | Washington DC 20005 |
| 7240 Parkway Drive, 4th Floor | 202-628-1101(O) |
| Hanover, MD 21076-1378 | 202-217-2774 (F) |
| (410) 752-7474 | Email: dtemplelaw@gmail.com |
| (410) 752-0611 (fax) | *Attorney for Plaintiff* |
| E-mail: cornelius@ewmd.com | |
| E-mail: watkins@ewmd.com | |
| *Attorneys for Defendant* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2024, copies the foregoing Stipulation of Dismissal were served via the Court's CM/ECF filing system to all parties and counsel of record.

                                            */s/ Stephen M. Cornelius*
                                            Stephen M. Cornelius (29975)